Kevin G. Clarkson, Esq.
Matthew C. Clarkson, Esq.
Brena, Bell & Clarkson, P.C.
810 N Street, Suite 100
Anchorage, Alaska 99501
(907) 258-2000

Attorneys for Plaintiffs,
  David Thompson, *et. al.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

DAVID THOMPSON; AARON DOWNING;　)
JIM CRAWFORD; and DISTRICT 18 of the　)
ALASKA REPUBLICAN PARTY,　)
　)
　　　　　Plaintiffs,　)
　)
　　v.　)
　)
PAUL DAUPHINAIS, in His Official　)
Capacity as the Executive Director of the　)
Alaska Public Offices Commission; and　)
MARK FISH, IRENE CATALONE,　)
RON KING, KENNETH KIRK, and　)
VANCE SANDERS, in Their Official　)
Capacities as Members of the Alaska Public　)
Offices Commission,　)　Case No. 3:15-cv-00218 HRH
　)
　　　　　Defendants.　)
　)
_____　)

## MOTION FOR PRELIMINARY INJUNCTION

　　　Plaintiffs, David Thompson, Aaron Downing, Jim Crawford, and District 18 of the

Alaska Republican Party, move the Court for an order pursuant to Fed. R. Civ. P. 65 granting

a preliminary injunction enjoining the Defendants, Paul Dauphinais, Mark Fish, Irene

BRENA, BELL &
CLARKSON, P.C.
810 N Street, Suite 100
Anchorage, Alaska 99501
Phone: (907) 258-2000
Facsimile: (907) 258-2001

Motion For Preliminary Injunction　　　　　　　　　　Page 1 of 3
Thompson, *et al. v. Dauphinais, et al.*　　　　　　November 11, 2015
Case 3:15-cv-00218-HRH　Document 4　Filed 11/11/15　Page 1 of 3

Catalone, Ron King, Kenneth Kirk, and Vance Sanders, each in their official capacities, from enforcing the following provisions of the Alaska Campaign Finance Laws:

1. The $500 limit on individual contributions to a candidate that is too low, annual in nature, and not prorated for inflation—AS 15.13.070(b)(1) and any regulations promulgated thereunder;

2. The $500 limit on individual contributions to a group that is not a political party, which is too low, annual in nature, and not prorated for inflation and which is discriminatorily and unjustifiably only ten percent of the amount that an individual can contribute on an annual basis to a political party—AS 15.13.070(b)(1); AS 15.131.070(b)(2) and any regulations promulgated thereunder;

3. The annual aggregate limits on what a candidate may solicit or accept from non-residents of Alaska, which have the effect of placing an aggregate cap, and in many instances a complete ban, on contributions by non-residents to a candidate for public office in Alaska, and that prohibit many non-residents of Alaska from making any contribution in any amount to candidates in Alaska—AS 15.13.072(a)(2) and (e) and any regulations promulgated thereunder; and

4. The annual aggregate limit on what each separate subdivision or unit of a political party combined together may contribute to a candidate for public office, which laws have the effect of substantially limiting or completely prohibiting some political party subdivisions or units in what they may contribute to a candidate—AS 15.13.070(d); AS 15.13.400(15) and regulations promulgated thereunder.

The above statutory provisions and regulations unconstitutionally burden and chill Plaintiffs' free speech and association and/or deny the Plaintiffs equal protection under the law as protected by the First and Fourteenth Amendments to the United States Constitution. Plaintiffs are likely to succeed on the merits in this case. Plaintiffs will suffer irreparable harm if the challenged statutes and regulations are not enjoined. The balance of hardships in this case favors the Plaintiffs and the enjoining of the challenged statutes and regulations. Public interest will be best served by enjoining the challenged statutes and regulations during the pendency of this case.

BRENA, BELL &
CLARKSON, P.C.
810 N Street, Suite 100
Anchorage, Alaska 99501
Phone: (907) 258-2000
Facsimile: (907) 258-2001

Motion For Preliminary Injunction                                        Page 2 of 3
Thompson, et al. v. Dauphinais, et al.                          November 11, 2015
Case 3:15-cv-00218-HRH   Document 4   Filed 11/11/15   Page 2 of 3

This motion is supported by the memorandum of law that is filed concurrently herewith. Plaintiffs ask, pursuant to LR 7.2(b)(1), that the Court schedule an evidentiary hearing on the Motion for Preliminary Injunction on an expedited basis by early December 2015 and pursuant to Fed. R. Civ. P. 65(a)(2) to advance the trial on the merits and consolidate the hearing on the Motion for Preliminary Injunction with the trial on the merits.

DATED this 11th day of November, 2015.

BRENA, BELL & CLARKSON, P.C.
Attorneys for Plaintiffs

By _____

Kevin G. Clarkson, ABA No. 8511149
Matthew C. Clarkson, ABA No.1111077

BRENA, BELL &
CLARKSON, P.C.
810 N Street, Suite 100
Anchorage, Alaska 99501
Phone: (907) 258-2000
Facsimile: (907) 258-2001

Motion For Preliminary Injunction                                    Page 3 of 3
Thompson, et al. v. Dauphinais, et al.                         November 11, 2015
Case 3:15-cv-00218-HRH   Document 4   Filed 11/11/15   Page 3 of 3