Kevin G. Clarkson, Esq.
Matthew C. Clarkson, Esq.
Brena, Bell & Clarkson, P.C.
810 N Street, Suite 100
Anchorage, Alaska 99501
(907) 258-2000

Attorneys for Plaintiffs,
  David Thompson, *et. al.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| DAVID THOMPSON; AARON DOWNING; JIM CRAWFORD; and DISTRICT 18 of the ALASKA REPUBLICAN PARTY, <br><br> Plaintiffs, <br><br> v. <br><br> PAUL DAUPHINAIS, in His Official Capacity as the Executive Director of the Alaska Public Offices Commission; and MARK FISH, IRENE CATALONE, RON KING, KENNETH KIRK, and VANCE SANDERS, in Their Official Capacities as Members of the Alaska Public Offices Commission, <br><br> Defendants. | Case No. 3:15-cv-00218 TMB |

**PLANNING REPORT**

David Thompson, Aaron Downing, Jim Crawford, and District 18 of the Alaska Republican Party, by and through their attorneys, Brena, Bell & Clarkson, P.C., and Defendants, Paul Dauphinais, Mark Fish, Irene Catalone, Ron King, Kenneth Kirk, and

Vance Sanders, by and through their attorney, Craig Richards, Attorney General, pursuant to this Court's November 16, 2015, Order, hereby jointly present the following pretrial planning report for the above-captioned matter:

**I.   Meeting.**

In accordance with Rule 26(f), Federal Rules of Civil Procedure, a meeting was held on November 19, 2015, between Kevin G. Clarkson, counsel for Plaintiff, and Margaret Paton Walsh, counsel for Defendants.

**II.   Disclosures.**

The information required by Fed. R. Civ. P. 26(a)(1):

A.   ___   Has been exchanged by the parties.

B.   X   Will be exchanged by the parties on or before December 19, 2015.

C.   Preliminary witness lists:

1.   ___   Have been exchanged by the parties.

2.   X   Will be exchanged by the parties on or before January 8, 2016.

**III.   Contested Issues of Fact and Law.**

Preliminarily, the parties expect the following issues of fact and/or law to be presented to the Court: Issues of law and fact as pertinent under controlling US Supreme Court and Ninth Circuit decisions.

**IV.   Discovery Plan.**

The parties jointly propose to the Court the following discovery plan:

BRENA, BELL &
CLARKSON, P.C.
810 N Street, Suite 100
Anchorage, Alaska 99501
Phone: (907) 258-2000
Facsimile: (907) 258-2001

A. The parties expect that discovery will be needed on the following issues: Historical information regarding campaign finance and contributions in Alaska elections. Plaintiff's political contribution and expenditure activity.

B. Are there issues about preserving discovery information?   ___ Yes  X No

C. Disclosure or discovery of electronically stored information should be handled as follows:  Adobe-formatted documents, with Bates numbering, or as otherwise agreed between the parties.  Some electronic data may be required in native format but will be identified and addressed by the parties on an issue-by-issue basis.

D. Claims of privilege or of protection of trial preparation materials.

    1. X  There is no indication that this will be an issue.

    2. ___  The parties have entered into a confidentiality agreement.

    3. ___  The parties will submit their proposed confidentiality agreement on or before (date).

E. Disclosure of expert reports:

    1. ___  By all parties on or before _____.

    2. X  By Plaintiff(s) on or before February 12, 2016.

    3. X  By Defendant(s) on or before February 26, 2016.

    4. X  Rebuttal reports on or before March 11, 2016.

F. Supplementation of disclosures and discovery responses under Fed. R. Civ. P. 26(e):

BRENA, BELL & CLARKSON, P.C.
810 N Street, Suite 100
Anchorage, Alaska 99501
Phone: (907) 258-2000
Facsimile: (907) 258-2001

1. \_\_\_ At intervals of (number) of days; and final supplements will be served and filed 60 days before the close of fact discovery.

2. X As new information is acquired, but not later than 60 days before the close of fact discovery.

G. A final witness list disclosing all lay and expert witnesses whom a party may wish to call at trial will be served and filed: April 8, 2016.[1]

H. Time for completing discovery:

1. X Fact discovery will be completed on or before March 11, 2016.

2. X Expert discovery will be completed on or before March 31, 2016.

3. X All discovery will be completed on or before March 31, 2016.

I. Limitations on discovery.

1. X The limitations contained in Fed. R. Civ. P. 26(b), 30, and 33 will apply, except as indicated below.

2. X The maximum number of depositions by each party will not be changed.

(a) Depositions will not exceed  N/A  hours as to any deponent.

(b) Depositions will not exceed four (4) hours as to nonparty deponents.

---

[1] This date may be more than, but not less than, 45 days prior to the close of discovery. Only those witnesses disclosed at this time will be permitted to testify at trial.

BRENA, BELL & CLARKSON, P.C.
810 N Street, Suite 100
Anchorage, Alaska 99501
Phone: (907) 258-2000
Facsimile: (907) 258-2001

(c) Depositions will not exceed eight (8) hours as to party deponents.[2]

3.   X   The maximum number of interrogatories posed by each party will not exceed thirty (30).

4.   X   There will be no limitation on the number of requests for admissions posed by each party.

5.   ___   Other limitations: (insert other limitations)

**V. Pretrial Motions.**

A.   ___   Are there preliminary motions as to jurisdiction, venue, arbitration, and/or statutes of limitation (*see* D. Ak. L.R. 16.1(c)(5)) that should be filed within sixty (60) days. No.

B.   Motions subject to D. Ak. L.R. 16.1(c)(6)-(8) and Fed. R. Civ. P. 56(b):

1.   N/A   Will be served and filed within the times specified in the applicable rules.

2.   N/A   Motions to amend pleadings or add parties will be filed consistent with Fed. R. Civ. P. 15.

3.   X   Motions under the discovery rules will be filed not later than March 31, 2016.

4.   X   Motions *in limine* will be filed no later than April 11, 2016.

---

[2]   Unless otherwise specified, the Court will consider corporate officer, Rule 30(b)(6) witness, and expert witness depositions, to be subject to the time limitation applicable to party depositions.

BRENA, BELL & CLARKSON, P.C.
810 N Street, Suite 100
Anchorage, Alaska 99501
Phone: (907) 258-2000
Facsimile: (907) 258-2001

5. <u>X</u> Dispositive motions (including motions for summary judgment) will be filed not later than February 26, 2016 (this shall include Motion for Ruling of Law).

**VI. Other Provisions.**

A. The parties ___ **do** <u>X</u> **do not** request a conference with the Court before the entry of a scheduling order. (If the parties *do* request a conference prior to entry of the order, please explain.)

B. The parties ___ **do** <u>X</u> **do not** consent to trial before a magistrate judge.

C. The disclosure <u>requirements</u> of Fed. R. Civ. P. 7.1, if applicable:

1. ___ Have been complied with.

2. <u>X</u> Compliance will be accomplished on or before December 18, 2015.

D. Early settlement/alternative dispute resolution.

1. Do the parties request immediate assistance by way of a settlement conferee or alternative dispute resolution? ___ Yes <u>X</u> No.

2. Do the parties wish to consider private mediation or settlement conference with a judicial officer of this Court at a later date? ___ Yes <u>X</u> No. The parties have agreed to discuss settlement and/or mediation at an appropriate later time as they mutually agree.

E. The scheduling order will make provision for pretrial conferences, certification of the case as ready for trial, and a final pretrial order.

BRENA, BELL & CLARKSON, P.C.
810 N Street, Suite 100
Anchorage, Alaska 99501
Phone: (907) 258-2000
Facsimile: (907) 258-2001

**VII. Trial.**

    A.     The case is expected to take five days to try.

    B.     1.     A jury trial has been demanded? ___ Yes _X_ No

            2.     The right to a jury trial ___ **is** ___ **is not** disputed. N/A

**VIII. Report Form.**

    A.     Have counsel experienced any problem(s) in using this form? ___ Yes _X_ No.

    B.     Are there subjects that counsel would like to see added to this form?

___ Yes _X_ No.

DATED this 20th day of November, 2015.

        BRENA, BELL & CLARKSON, P.C.
        Attorneys for Plaintiffs

        By   //s// Kevin G. Clarkson
           Kevin G. Clarkson, ABA No. 8511149
           Matthew C. Clarkson, ABA No.1111077

        CRAIG W. RICHARDS, ATTORNEY GENERAL
        Attorney for Defendants

        By   //s// Margaret Paton Walsh
           Margaret Paton Walsh, ABA No. 0411074

BRENA, BELL & CLARKSON, P.C.
810 N Street, Suite 100
Anchorage, Alaska 99501
Phone: (907) 258-2000
Facsimile: (907) 258-2001

Planning Report                                             Page 7 of 7
Thompson, *et. al.* v. Dauphinais, *et. al.*           `November 20, 2015

Case 3:15-cv-00218-TMB   Document 24   Filed 11/20/15   Page 7 of 7