# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID THOMPSON; AARON DOWNING; JIM CRAWFORD; and DISTRICT 18 of the ALASKA REPUBLICAN PARTY,<br><br>        Plaintiffs,<br><br>   v.<br><br>PAUL DAUPHINAIS, in His Official Capacity as the Executive Director of the Alaska Public Offices Commission; and MARK FISH, IRENE CATALONE, RON KING, KENNETH KIRK, and VANCE SANDERS, in Their Official Capacities as Members of the Alaska Public Offices Commission,<br><br>        Defendants. | Case No. 3:15-cv-00218 TMB |

## ORDER REGARDING PENDING MOTIONS

The Court having considered the Stipulation entered into between the parties hereto, and good cause having been shown,

**IT IS HEREBY ORDERED as follows:**

1. Mr. Thompson may write a personal check payable to the Campaign of Wes Keller and tender that check to the Alaska Public Offices Commission ("APOC") prior to December 31, 2015, and APOC will hold that check for Mr. Thompson, non-negotiated, until the Court's decision following the trial on the merits in April 2016. If the Court enjoins the aggregate cap on nonresident donations, then, unless an appeal is filed and a stay pending

appeal is granted, APOC will tender Mr. Thompson's 2015 check to the Keller Campaign. If the Court does not enjoin the aggregate cap on nonresident donations following the trial on the merits, then APOC will return Mr. Thompson's non-negotiated check to him. In addition, Mr. Thompson shall be free to make additional donations to the Keller Campaign during calendar year 2016, consistent with whatever contribution limits are in effect at the time that he makes his 2016 contribution.

2. Plaintiffs' Motion for Preliminary Injunction is withdrawn with respect to all counts in lieu of the parties' stipulation as referenced in Paragraph 1 above and also in lieu of the accelerated trial on the merits during one of the last two weeks in April 2016.

3. Plaintiffs' Motion for Shortened Time is converted into a motion for an accelerated trial on the merits during one of the last two weeks in April 2016 and in that respect is hereby GRANTED. Trial shall be held for five days during the week of April 25, 2016.

4. Plaintiffs' Motion to Present Evidence is withdrawn as moot in lieu of the parties' agreement to an accelerated trial on the merits during one of the last two weeks in April 2016.

DATED this 24th day of November, 2015.

/s/ Timothy M. Burgess
TIMOTHY M. BURGESS
U.S. DISTRIT COURT JUDGE