CRAIG W. RICHARDS
ATTORNEY GENERAL

Margaret Paton Walsh
David T. Jones
Laura Fox
John M. Ptacin
Assistant Attorneys General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-6612
Facsimile: (907) 258-4978
Emails: margaret.paton-walsh@alaska.gov
        dave.jones@alaska.gov
        laura.fox@alaska.gov
        john.ptacin@alaska.gov

*Attorneys for Defendants, Paul Dauphinais, et. al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID THOMPSON, AARON DOWNING, JIM CRAWFORD, and DISTRICT 18 of the ALASKA REPUBLICAN PARTY,<br><br>    Plaintiffs,<br><br>v.<br><br>PAUL DAUPHINAIS, in His Official Capacity as the Executive Director of the Alaska Public Offices Commission, and MARK FISH, IRENE CATALONE, RON KING, KENNETH KIRK, and VANCE SANDERS, in Their Official Capacities as Member of the Alaska Public Offices Commission,<br><br>    Defendants. | Case No. 3:15-cv-00218 TMB<br><br>**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO AMEND COMPLAINT** |

The plaintiffs seek to amend their complaint to add a new claim that Alaska's nonresident campaign contribution limits violate the Privileges and Immunities Clause of the Fourteenth Amendment. Docket 41-42. This claim was not mentioned anywhere in the original complaint. Docket 1.

The plaintiffs assert that the defendants "will not be prejudiced in any way if the amendment is allowed," but this is not true. Docket 42 at 3. As they acknowledge just a sentence before, they have already filed a Motion for Partial Summary Judgment asking the Court to strike down the nonresident limits. Docket 42 at 3. And the defendants have already filed their opposition to that motion. Docket 36. At the very least, the defendants will be prejudiced if the Court considers the newly added Privileges and Immunities claim in deciding the pending summary judgment motion, because the defendants will have no opportunity to address that legal theory. In their opposition, the defendants reasonably did not address the Privileges and Immunities Clause because it was not in the complaint. Docket 36. What's more, this case is being considered on a compressed timeframe, with a trial date set for April. Docket 26. Adding new legal theories to the case at this point distracts from discovery and trial preparation.

If the Court decides to allow the plaintiffs to add a new claim at this late date, the Court should decline to consider that new claim in deciding the plaintiffs' pending Motion for Partial Summary Judgment. Docket 30-31. Even if the Court considers the passing mentions of the Privileges and Immunities Clause in the pending motion, it should conclude that the plaintiffs have inadequately briefed the issue. The plaintiffs'

*Thompson, et al. v. Dauphinais, et al.*                          Case No. 3:15-cv-00218 TMB
Opposition to Plaintiffs' Motion to Amend Complaint                  Page 2 of 5

Case 3:15-cv-00218-TMB    Document 43    Filed 02/08/16    Page 2 of 5

motion mentions the Privileges and Immunities Clause only three times, in a conclusory fashion, and never once explains the elements of a legal claim based on the Privileges and Immunities Clause or why those elements are met here. Docket 31 at 7, 17, 21. Such cursory briefing is plainly inadequate to support summary judgment. The new Privileges and Immunities Clause claim—if the Court allows its late addition to this case—can simply be litigated at the trial which is already fast approaching.

DATED: February 8, 2016.

        CRAIG W. RICHARDS
        ATTORNEY GENERAL

By: /s/ Laura Fox
    Laura Fox
    Assistant Attorney General
    Alaska Bar No. 0905015
    Department of Law
    1031 W. 4th Avenue, Suite 200
    Anchorage, AK 99501
    Phone: (907) 269-6612
    Facsimile: (907) 258-4978
    Email: laura.fox@alaska.gov

By: /s/ Margaret Paton Walsh
    Margaret Paton Walsh
    Assistant Attorney General
    Alaska Bar No. 0411074
    Department of Law
    1031 W. 4th Avenue, Suite 200
    Anchorage, AK 99501
    Phone: (907) 269-6612
    Facsimile: (907) 258-4978
    Email: margaret.paton-walsh@alaska.gov

*Thompson, et al. v. Dauphinais, et al.*     Case No. 3:15-cv-00218 TMB
Opposition to Plaintiffs' Motion to Amend Complaint     Page 3 of 5

Case 3:15-cv-00218-TMB   Document 43   Filed 02/08/16   Page 3 of 5

By: /s/ David T. Jones
David T. Jones
Assistant Attorney General
Alaska Bar No. 8411123
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-6612
Facsimile: (907) 258-4978
Email: dave.jones@alaska.gov

By: /s/ John M. Ptacin
John M. Ptacin
Assistant Attorney General
Alaska Bar No. 0412106
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-6612
Facsimile: (907) 258-4978
Email: john.ptacin@alaska.gov

**Attorneys for Defendants**

*Thompson, et al. v. Dauphinais, et al.*　　　　　　　　　　　　　Case No. 3:15-cv-00218 TMB
Opposition to Plaintiffs' Motion to Amend Complaint　　　　　　　　　　　Page 4 of 5

Case 3:15-cv-00218-TMB   Document 43   Filed 02/08/16   Page 4 of 5

## Certificate of Service

I hereby certify that on February 8, 2016, a copy of the foregoing **Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment** was served electronically & by U.S. Mail on:

> Kevin G. Clarkson
> Matthew C. Clarkson
> Brena, Bell & Clarkson, P.C.
> 810 N. Street, Suite 100
> Anchorage, Alaska 99501

s/ Margaret Paton Walsh

*Thompson, et al. v. Dauphinais, et al.*     Case No. 3:15-cv-00218 TMB
Opposition to Plaintiffs' Motion to Amend Complaint     Page 5 of 5

Case 3:15-cv-00218-TMB   Document 43   Filed 02/08/16   Page 5 of 5