UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 26 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVID THOMPSON; AARON DOWNING; JIM CRAWFORD; DISTRICT 18 OF THE ALASKA REPUBLICAN PARTY,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>HEATHER HEBDON, in Her Official Capacity as the Executive Director of the Alaska Public Offices Commission; TOM TEMPLE, in their official capacities as members of the Alaska Public Offices Commission; IRENE CATALONE; RON KING; ROBERT CLIFT, in their official capacities as members of the Alaska Public Offices Commission; ADAM SCHWEMLEY, in Their Official Capacities as Members of the Alaska Public Offices Commission,<br><br>Defendants-Appellees. | No. 17-35019<br><br>D.C. No. 3:15-cv-00218-TMB<br>District of Alaska, Anchorage<br><br>ORDER |

Before: THOMAS, Chief Judge, and CALLAHAN and BEA, Circuit Judges.

A judge has made a sua sponte request for a vote on whether to rehear this matter en banc. The parties are directed to file simultaneous briefs setting forth their respective positions on whether or not the matter should be reheard en banc. *See* General Order 5.4(c)(3). The briefs are not to exceed 4,200 words and shall be filed within 21 days of the date of this order. Parties who are registered for

2

appellate electronic case filing must file the brief electronically without submission of paper copies. Parties who are not registered appellate electronic case filing filers must file the original brief plus 50 paper copies.