IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID THOMPSON; AARON DOWNING; JIM CRAWFORD; and DISTRICT 18 of the ALASKA REPUBLICAN PARTY,<br><br>    Plaintiffs,<br><br> v.<br><br>PAUL DAUPHINAIS, in His Official Capacity as the Executive Director of the Alaska Public Offices Commission; and MARK FISH, IRENE CATALONE, RON KING, KENNETH KIRK, and VANCE SANDERS, in Their Official Capacities as Members of the Alaska Public Offices Commission,<br><br>    Defendants. | Case No. 3:15-cv-00218 TMB |

## AMENDED FINAL JUDGMENT

Final judgment is hereby entered dismissing Plaintiffs' counts 1, 2, and 4 of the First Amended Complaint with prejudice, and entering judgment for Plaintiffs on count 3 of the First Amended Complaint, consistent with the Ninth Circuit's decision issued on November 27, 2018.

DATED this 11th day of March, 2019.

             */s/ Timothy M. Burgess*
             TIMOTHY M. BURGESS
             U.S. DISTRICT JUDGE