**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 1 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVID THOMPSON; et al., | No. 17-35019 |
| Plaintiffs-Appellants, | D.C. No. 3:15-cv-00218-TMB<br>District of Alaska,<br>Anchorage |
| v. | |
| HEATHER HEBDON, in Her Official Capacity as the Executive Director of the Alaska Public Offices Commission; et al., | ORDER |
| Defendants-Appellees. | |

Before: THOMAS, Chief Judge, and CALLAHAN and BEA, Circuit Judges.

Plaintiffs-Appellants' motion to dismiss Plaintiff-Appellant District 18 of the Alaska Republican Party is **GRANTED**.