UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 20 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVID THOMPSON; AARON DOWNING; JIM CRAWFORD,<br><br>        Plaintiffs-Appellants,<br><br> v.<br><br>HEATHER HEBDON, in Her Official Capacity as the Executive Director of the Alaska Public Offices Commission; RICHARD STILLIE, in their official capacities as members of the Alaska Public Offices Commission; IRENE CATALONE; ANNE HELZER; ROBERT CLIFT, in their official capacities as members of the Alaska Public Offices Commission; JIM MCDERMOTT, in Their Official Capacities as Members of the Alaska Public Offices Commission,<br><br>        Defendants-Appellees. | No. 17-35019<br><br>D.C. No. 3:15-cv-00218-TMB<br>District of Alaska,<br>Anchorage<br><br>ORDER |

Before: THOMAS, Chief Judge, and CALLAHAN and BEA, Circuit Judges.

A judge of this court has called for a vote to determine whether this case should be reheard en banc. The parties are directed to file simultaneous briefs setting forth their respective positions as to whether this case should be reheard en banc. The briefs shall not exceed 15 pages or 4,200 words and shall be filed within twenty-one (21) days of the date of this order.