Robin O. Brena, Esq.
Laura S. Gould, Esq.
Brena, Bell & Walker, P.C.
810 N Street, Suite 100
Anchorage, Alaska 99501
Telephone:    (907) 258-2000

Attorneys for Plaintiffs,
  David Thompson, *et al*.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID THOMPSON; AARON DOWNING; JIM CRAWFORD; and DISTRICT 18 of the ALASKA REPUBLIC PARTY, <br><br> Plaintiffs, <br><br> v. <br><br> HEATHER HEBDON, in Her Official Capacity as the Executive Director of the Alaska Public Offices Commission; and ANNE HELZER, ROBERT CLIFT, JIM MCDERMOTT, IRENE CATALONE, and RICHARD STILLIE, in Their Official Capacities as Members of the Alaska Public Offices Commission, <br><br> Defendants. | Case No. 3:15-cv-00218 TMB |

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE PROPOSED FINAL JUDGMENT AND MOTION FOR ATTORNEYS' FEES

Plaintiffs, David Thompson, Aaron Downing, and Jim Crawford, through their attorneys, Brena, Bell & Walker, P.C. and Kirkland & Ellis, LLP, move for an extension of time from January 18, 2022, to February 17, 2022, to file the Parties' Proposed Final Judgment. Plaintiffs also move for an extension of time from January 24, 2022, to February 23, 2022, to file Plaintiffs' Motion for

BRENA, BELL &
CLARKSON, P.C.
810 N Street, Suite 100
Anchorage, Alaska  99501
Phone:  (907) 258-2000
Facsimile:  (907) 258-2001

Unopposed Motion for Extension of Time to File Motion for Attorneys' Fees    January 10, 2022
*Thompson, et. al. v. Hebdon*, *et al., Case No.* 3:15-cv-00218 TMB    Page 1 of 3

Case 3:15-cv-00218-TMB   Document 184   Filed 01/10/22   Page 1 of 3

Attorneys' Fees. Plaintiffs' counsel has conferred with opposing counsel, who does not oppose this request for an extension of time.

The undersigned counsel is involved in litigation challenging the validity of the 2021 Final Redistricting Plan adopted by the Alaska Redistricting Board, identified as *In Re 2021 Redistricting Plan*, Case No. 3AN-21-08869 CI (Consolidated Cases). Under Article VI, Section 11 of the Alaska Constitution, "[Redistricting litigation] shall have priority over all other matters pending before the respective court."[1] Although this case is pending in federal court rather than state court, the redistricting litigation remains high priority.

Plaintiffs thus respectfully request that the Court grant this Unopposed Motion for Extension of Time to File Proposed Final Judgment and Motion for Attorneys' Fees.

DATED this 10th day of January, 2022.

        BRENA, BELL & WALKER, P.C.
        Attorneys for Plaintiffs

By   //s// *Robin O. Brena*
      Robin O. Brena, ABA No. 8410089
      Laura S. Gould, ABA No. 0310042

BRENA, BELL & CLARKSON, P.C.
810 N Street, Suite 100
Anchorage, Alaska 99501
Phone: (907) 258-2000
Facsimile: (907) 258-2001

---

[1] Alaska Const. art VI, § 11.

Unopposed Motion for Extension of Time to File Motion for Attorneys' Fees    January 10, 2022
*Thompson, et. al. v. Hebdon*, *et al., Case No.* 3:15-cv-00218 TMB    Page 2 of 3

Case 3:15-cv-00218-TMB   Document 184   Filed 01/10/22   Page 2 of 3

**Certificate of Service**
The undersigned hereby certifies that on the 10th day of January, 2022 a true and correct copy of the foregoing was served by electronic means authorized this this Court upon:

**Attorneys for Defendants**
Margaret Paton Walsh, Esq.
Laura Fox, Esq.
John M. Ptacin, Esq.
Assistant Attorneys General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501
E-Mail: margaret.paton-walsh@alaska.gov
laura.fox@alaska.gov
john.ptacin@alaska.gov

*/s/ Mary G. Hodsdon*
Mary G. Hodsdon

BRENA, BELL & CLARKSON, P.C.
810 N Street, Suite 100
Anchorage, Alaska 99501
Phone: (907) 258-2000
Facsimile: (907) 258-2001

Unopposed Motion for Extension of Time to File Motion for Attorneys' Fees January 10, 2022
*Thompson, et. al. v. Hebdon*, et al., Case No. 3:15-cv-00218 TMB Page 3 of 3

Case 3:15-cv-00218-TMB   Document 184   Filed 01/10/22   Page 3 of 3