Robin O. Brena, Esq.
Laura S. Gould, Esq.
Brena, Bell & Walker, P.C.
810 N Street, Suite 100
Anchorage, Alaska 99501
Telephone: (907) 258-2000

Attorneys for Plaintiffs,
  David Thompson, *et al.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID THOMPSON; AARON DOWNING; JIM CRAWFORD; and DISTRICT 18 of the ALASKA REPUBLICAN PARTY,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>HEATHER HEBDON, in Her Official Capacity as the Executive Director of the Alaska Public Offices Commission; and ANNE HELZER, ROBERT CLIFT, JIM MCDERMOTT, IRENE CATALONE, and RICHARD STILLIE, in Their Official Capacities as Members of the Alaska Public Offices Commission,<br><br>　　　　　　　Defendants. | Case No. 3:15-cv-00218 TMB |

## JOINT STATUS REPORT REGARDING PENDING AGREEMENT ON ATTORNEYS' FEES AND COSTS

Plaintiffs, David Thompson, Aaron Downing, and Jim Crawford, through their attorneys, Brena, Bell & Walker, P.C. and Clement & Murphy PLLC,[1] Treg R. Taylor,

---

[1] Mr. Paul Clement and Ms. Erin Murphy recently started a new firm, Clement & Murphy PLLC. As part of their separation agreement with Kirkland & Ellis LLP, invoices for this matter are now retained by Clement & Murphy PLLC.

Joint Status Report Regarding Pending Agreement on Attorneys' Fees & Costs　　August 12, 2022
*Thompson, et. al. v. Hebdon*, et al., *Case No.* 3:15-cv-00218 TMB　　Page 1 of 3

Case 3:15-cv-00218-TMB   Document 197   Filed 08/12/22   Page 1 of 3

Attorney General, and Margaret Paton-Walsh, Assistant Attorney General, provide their joint status report as requested by the Court in its July 6, 2022, Text Order Granting Unopposed Motion for Extension of Time (DK 196) to file attorneys' fees and costs motion.

The Parties notify the Court that negotiations continue regarding attorneys' fees and costs in this matter. The Parties remain hopeful that they can resolve attorneys' fees and costs without litigation.

DATED this 12th day of August, 2022.

    BRENA, BELL & WALKER, P.C.
    Attorneys for Plaintiffs

    By   //s// *Robin O. Brena*
        Robin O. Brena, ABA No. 8410089
        Laura S. Gould, ABA No. 0310042

DATED this 12th day of August, 2022.

    TREG R. TAYLOR, ATTORNEY GENERAL
    Attorney for Defendants

    By   //s// *Margaret Paton-Walsh*
        Margaret Paton Walsh, ABA No. 0411074

BRENA, BELL &
WALKER, P.C.
810 N Street, Suite 100
Anchorage, Alaska 99501
Phone: (907) 258-2000
Facsimile: (907) 258-2001

Joint Status Report Regarding Pending Agreement on Attorneys' Fees & Costs      August 12, 2022
*Thompson, et. al. v. Hebdon*, *et al., Case No.* 3:15-cv-00218 TMB      Page 2 of 3

Case 3:15-cv-00218-TMB    Document 197    Filed 08/12/22    Page 2 of 3

**Certificate of Service**

The undersigned hereby certifies that on the 12th day of August, 2022 a true and correct copy of the foregoing was served by electronic means authorized this this Court upon:

**Attorneys for Defendants**
Margaret Paton Walsh, Esq.
Laura Fox, Esq.
John M. Ptacin, Esq.
Assistant Attorneys General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501
E-Mail:  margaret.paton-walsh@alaska.gov
 laura.fox@alaska.gov
 john.ptacin@alaska.gov

 //s// *Mary G. Hodsdon*
  Mary G. Hodsdon

BRENA, BELL & WALKER, P.C.
810 N Street, Suite 100
Anchorage, Alaska 99501
Phone: (907) 258-2000
Facsimile: (907) 258-2001

Joint Status Report Regarding Pending Agreement on Attorneys' Fees & Costs
*Thompson, et. al. v. Hebdon*, et al., Case No. 3:15-cv-00218 TMB
August 12, 2022
Page 3 of 3

Case 3:15-cv-00218-TMB   Document 197   Filed 08/12/22   Page 3 of 3